ROBERT MASTRUZZI, an Infant, by CONCETTA MASTRUZZI, His Guardian ad Litem, et al., Respondents, *v.* SALVATORE ALOI, Appellant.

(Submitted December 6, 1935; decided January 7, 1936.)

*Frederick Mellor* and *William Butler* for appellant.
*Frank J. Rinaldi* for respondents.

Judgments reversed and complaint dismissed, with costs in all courts. There is no evidence to sustain the finding that the accident was the result of heedlessness or reckless disregard of the rights of plaintiffs. (See *Metcalf* v. *Reynolds*, 267 N. Y. 52.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.